IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAV SARKISYANTS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-25,<br><br>    Defendants.<br>_____/ | No. C 04-03299 JSW<br><br>**ORDER REFERRING PARTIES TO A SETTLEMENT CONFERENCE** |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by August 19, 2005, if possible.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 17, 2005

                                                    /s/ Jeffrey S. White
                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

cc: Wings Hom