STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
(Erroneously sued herein also as State Farm Insurance Companies)

OLUMIDE K. OBAYEMI (SBN 219562)
THE LAW OFFICES OF OLUMIDE K. OBAYEMI
1290 "B" Street, Suite 116
Hayward, CA 94541
Telephone: (510) 881-1541
Facsimile: (510) 881-1541
Mobile: (510) 798-8732
obayemilaw@yahoo.com

Attorneys for Plaintiff
STANISLAV SARKISYANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAV SARKISYANTS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-25,<br><br>Defendants. | **CASE NO. 04-CV-03299 JSW**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S PRETRIAL AND TRIAL SCHEDULING ORDER** |

Pursuant to the Standing Orders issued by the Honorable Jeffrey S. White, Judge White's Pretrial and Trial Scheduling Order in the captioned action, Northern District Civil Local Rule 7-1 and Civil L.R. 6-1, the parties, by and through their respective counsel, hereby submit the following stipulated motion and proposed order to revise certain deadlines in the Court's Pretrial and Trial Scheduling Orders.

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an

18170

-1-

efficient, expeditious manner. The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26. The parties have also exchanged written discovery and noticed the depositions of key witnesses. The parties also participated in an Early Neutral Evaluation conference before Thomas D. Reese, Esq.

2. On July 25, 2005, the parties attended a mandatory settlement conference before Magistrate Judge Joseph C. Spero. The case did not settle. Judge Spero indicated he would schedule the case for another mandatory settlement conference following the hearing on State Farm's motion for summary judgment.

3. State Farm has prepared and filed a motion for summary judgment or, in the alternative, motion for partial summary judgment. The State Farm obtained the earliest hearing date available, which was October 14, 2005.

4. Based on the Court's existing scheduling order, the parties would be required to retain and disclose experts and complete all expert and non-expert discovery before the motion for summary judgment is heard. The motion for summary judgment could be dispositive of the entire case or at least significantly narrow the issues relevant for trial.

5. The parties have completed the discovery they believe they need for the summary judgment motion and opposition. However, to prepare for trial if the motion is not granted, the parties would need to retain and disclose experts and take at least three witness depositions. The parties would like to avoid incurring these attorneys fees and costs before the motion for summary judgment is heard, since the motion may render the additional expert and non-expert discovery unnecessary. Accordingly, in the interest of litigating this matter in the most efficient manner possible, the parties have agreed to submit this stipulated motion to partially revise the Court's scheduling order so the deadlines for non-expert discovery, expert disclosure and expert discovery fall after the hearing on the motion for summary judgment.

8. The parties do not seek to continue any deadlines other than those deadlines necessary to accommodate the cost effective preparation of this matter for trial. The parties do not seek to delay the trial date or the pretrial conference or deadlines related thereto. However, if the dates chosen by the parties do not conform to the preferences of the Court regarding the timing and

sequence of the Scheduling Order, the parties would not oppose the Court modifying the dates and deadlines that the parties have not stipulated to change, such as the dates for the Pretrial Conference and trial.

Accordingly, the parties hereby submit a stipulated motion to revise the Pretrial and Trial Scheduling Order as follows.

## II.
## STIPULATED MOTION

The parties hereby stipulate to the following motion revising to the Court's Pretrial and Trial Scheduling Order:

1. Jury Trial Date: February 6, 2006 (unchanged)

2. Pretrial Conference: January 9, 2006 (unchanged)

3. Last Day to Hear Dispositive Motions: October 14, 2005 (unchanged)

4. Close of Non-expert Discovery November 30, 2005 (currently August 19, 2005)

5. Last Day for Expert Disclosure: November 1, 2005 (currently August 9, 2005)

6. Last Day for Expert Discovery: November 30, 2005 (currently September 23, 2005)

7. The nature and extent of the disclosures, motions, other submissions to the Court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's original January 10, 2005 Scheduling Order.

Dated: July 26, 2005         HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By: \_\_\_\_\_//S//_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendants
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

///

18170                                    -3-

Dated: July 26, 2005         LAW OFFICES OF OLUMIDE K. OBAYEMI

By: \_\_\_\_\_//S//_____
OLUMIDE K. OBAYEMI
Attorney for Plaintiff
STANISLAV SARKISYANTS

### III.
### ORDER

Pursuant to the parties' stipulation, the Court's November 30, 2004 Scheduling Order is hereby revised as follows:

| | | |
|---|---|---|
| 1. | Jury Trial Date: | February 6, 2006 |
| 2. | Pretrial Conference: | January 9, 2006 |
| 3. | Last Day to Hear Dispositive Motions: | October 14, 2005 |
| 4. | Close of Non-expert Discovery | November 30, 2005 |
| 5. | Last Day for Expert Disclosure: | November 1, 2005 |
| 6. | Last Day for Expert Discovery: | November 30, 2005 |

IT IS SO ORDERED:

Dated: \_\_August 2\_\_, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE