IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANISLAV SARKISYANTS,

    Plaintiff,

  v.

STATE FARM,

    Defendant.
                                       /

No. C 04-03299 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On August 1, 2005 Defendant filed a motion for summary judgment or, in the alternative, motion for summary adjudication, which currently is noticed for hearing on October 14, 2005. The Court HEREBY ORDERS that Plaintiff's opposition shall be due on August 26, 2005, and Defendant's reply, if any, shall be due on September 2, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE