IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANISLAV SARKISYANTS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-25,

    Defendants.
_____/

No. C 04-03299 JSW

**ORDER GRANTING STIPULATION TO REVISE SCHEDULE**

Pursuant to the parties' stipulation and the Court's availability, the Court's scheduling order is revised as follows:

| | |
|---|---|
| Jury trial date: | May 22, 2006 at 8:30 a.m. |
| Pretrial conference: | May 1, 2006 at 2:00 p.m. |
| Last day for expert discovery: | March 17, 2006 |
| Last day for expert disclosure: | March 3, 2006 |
| Close of non-expert discovery: | February 17, 2006 |
| Last day to hear dispositive motions: | January 6, 2006 at 9:00 a.m. |
| Further case management conference: | January 6, 2006 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: October 18, 2005

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE